Charlie Joe VAUGHN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 17817.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1959.

Rehearing Denied Dec. 3, 1959.

Before RIVES, Chief Judge, and TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

We find no error in the judgment of conviction of appellant. The judgment is Affirmed.

LIVESAY INDUSTRIES, INC., and Everett G. Livesay Window Company, Inc., Appellants,

v.

Hollis RINEHART et al., Appellees.

No. 17772.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1959.

J. M. Flowers, Henry M. Sinclair, Miami, Fla., for appellants.

Walter Humkey, Miami, Fla., Fowler, White, Gillen, Yancey & Humkey, Miami, Fla., of counsel, for appellees.

Before RIVES, Chief Judge, and TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

Affirmed.